**SEALED**

AO 442 (Rev. 11/11) Arrest Warrant

**FILED**

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FEB 2 5 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
         DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Ashley Dawn Clark<br>*Defendant* | )<br>)  Case No.  MO:13-CR-028<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Ashley Dawn Clark                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
   18 USC 201(b) - Bribery of a Public Official

Date:    01/23/2013

*Issuing officer's signature*

City and state:  Midland, TX

K. Dory, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 1/24/13 , and the person was arrested on *(date)* 1/30/13
at *(city and state)*  Midland, TX                .

Date:  1/30/13

*Arresting officer's signature*

Sean P. Powers, SA
*Printed name and title*